UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY BROOKS,<br>    Plaintiff,<br>    v.<br>CHARLES EDWARDS BROOKS,<br>    Defendant. | Case No. 15-cv-02192-DMR<br><br>**ORDER EXTENDING DEADLINE TO FILE AMENDED COMPLAINT** |

On May 15, 2015, Plaintiff Charles Anthony Brooks filed suit in this Court along with an application to proceed in forma pauperis ("IFP"). [Docket Nos. 1, 2.] On July 22, 2015, the court granted the IFP application and dismissed Plaintiff's complaint with leave to amend, ordering Plaintiff to file an amended complaint by no later than August 12, 2015. [Docket No. 9.] The Clerk served the court's July 22, 2015 order on Plaintiff at the address he provided to the Court when he filed his complaint. [Docket No. 9-1.] Plaintiff did not file an amended complaint.

On August 14, 2015, after the deadline to file an amended complaint had passed, Plaintiff filed a letter to the court dated August 5, 2015. In the letter, Plaintiff represents that he was arrested on July 6, 2015 and has been incarcerated since that date, and asks for mail to be sent to the correctional facility where he is incarcerated. [Docket No. 10.] It appears that Plaintiff did not receive the court's July 22, 2015 letter. Although it is Plaintiff's responsibility to promptly notify the court of his mailing address, the court will allow Plaintiff an additional two weeks in which to file an amended complaint. Therefore, Plaintiff shall file an amended complaint by no later than **September 8, 2015. Failure to file an amended complaint by September 8, 2015 may result in dismissal of this action for failure to prosecute.** The court orders the Clerk to serve a copy of this order along with its July 22, 2015 order on Plaintiff at his updated address.

**IT IS SO ORDERED.**

Dated: August 24, 2015



_____
Donna M. Ryu
United States Magistrate Judge