UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY BROOKS,<br>Plaintiff,<br>v.<br>CHARLES EDWARDS BROOKS,<br>Defendant. | Case No. 15-cv-02192-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On July 22, 2015, the court granted Plaintiff Charles Anthony Brooks's application to proceed in forma pauperis ("IFP") and dismissed Plaintiff's complaint with leave to amend. [Docket No. 9.] The court ordered Plaintiff to file an amended complaint by no later than August 12, 2015. The Clerk served the court's July 22, 2015 order on Plaintiff at the address he provided to the Court when he filed his complaint. [Docket No. 9-1.] Plaintiff did not file an amended complaint.

The court received a letter from Plaintiff on August 14, 2015 in which he represented that he was arrested on July 6, 2015 and had been incarcerated since that date. [Docket No. 10.] Since it appeared that Plaintiff had not received the court's July 22, 2015 order, the court issued an order on August 24, 2015 ordering Plaintiff to file an amended complaint by September 8, 2015. [Docket No. 12.] The Clerk served the August 24, 2015 order, along with the original July 22, 2015 order, on Plaintiff at his updated address. [Docket 12-1.] The court noted that Plaintiff's failure to file an amended complaint by September 8, 2015 may result in dismissal of this action. On September 4, 2015, the court's August 24, 2015 order was returned to the court as undeliverable, and Plaintiff failed to file an amended complaint by the September 8, 2015

deadline.  Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 14, 2015

_____
Donna M. Ryu
United States Magistrate Judge